# THE UNITED STATES DISTRICT COURT

## OF THE

## EASTERN DISTRICT OF LOUISIANA

**LEO P DESSELLE III**
04/26/2020

( Plaintiff )

vs

**TD AUTO FINANCE**

( Defendant )

**20-01357**
**SECT. I MAG. 3**

## COMPLAINT

**JURISDICTION**
LEO P DESSELLE III
12330 Willow Dr.
New Orleans Louisiana 70131

**PARTIES**
TD CAPITAL LLC AUTO FINANCE
FARMINGTON HILLS, MICHIGAN
45334-5328

LEO P DESSELLE III
12330 Willow Dr
New Orleans.LA
70131

**COMPLAINT**

Comes now Plaintiff, Leo P Desselle III and brings this action under Sections 623(a)(5) of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. || 1681-1681u, to obtain monetary civil penalties and for defendants' violations of the FCRA. TD Capital Auto Finance LLC, account no. Ref # 522844-59, and from this point on will be known Defendant.

1). Defendant is a for profit organization, existing, and doing business under the laws of the State of

1

✓ Fee  Pauper
___ Process_____
___ Dktd_____
___ CtRmDep_____
___ Doc. No._____

Michigan. Its principal place of business is Farmington Hills, Michigan. At all times relative to this complaint, defendant has transacted business in this district.

2). Defendant, is a "debt collector" as that term is defined in Section 803(6) of the FDCPA, 15 U.S.C. || 1692a(6). As part of its debt collection activities, defendant furnishes information to consumer reporting agencies. As such, the defendant is subject to Section 623 of the FCRA, 15 U.S.C. || 1681s-2, which imposes a series of duties and prohibitions upon any person or entity that furnishes information to a consumer reporting agency.

## THE FAIR CREDIT REPORTING ACT

3). The FCRA was enacted in 1970 and became effective on April 25, 1971, and has been in force since that date. In 1996, the FCRA was amended extensively by Congress. Among other things, Congress added Section 623(a)(5) of the Act, which became effective on October 1, 1997.

## VIOLATIONS OF THE FAIR CREDIT REPORTING ACT

4). Section 623(a)(5) of the FCRA requires anyone furnishing information to a consumer reporting agency regarding a delinquent account that has been placed for collection, charged to profit or loss, or subject to any similar action, to provider the consumer reporting agency, not later than 90 days after the furnishing of the information, the month and year of the commencement of the delinquency that immediately preceded the action.7

5). In the course of their business, defendant failed to comply with the requirements of Section 623(a)(5) in that, for a period of time, they reported dates of delinquency to credit reporting agencies, including delinquency dates, that were later then the month and year of the commencement of the delinquency. See exhibit (A)(B)copies of the CRA reports.

6). The acts and practices in paragraph 6 constitute violations of Section 623(a)(5) of the FCRA, 15 U.S.C. || 1681s-2(a)(5). Pursuant to Section 621(a)(1) of the FCRA, 15 U.S.C. || 1681s(a)(1), the acts and practices alleged in Paragraph 5 also constitutes unfair or deceptive acts or practices in violation of Section 5(a) of the FTC Act, 15 U.S.C. || 45(a)

**Violations committed :**

**Violations committed :**

| | |
|---|---|
| 1) No date of last activity. no date of sold account. | $ 1000.00 |
| 2) Date closed not reported, and by whom, FCRA 623(a) (4) not reported. | $ 2000.00 |
| 3) No credit limit | $1000.00 |
| 4) Reporting a charge /off with a bal due while collecting | $1000.00 |
| 5) 623(a)(2) no response to 623 reinvestigation request for correction | $ 1000.00 |
| Total fines due as per FCRA Violations : | $ 6000.00 |

( see Exhibits (A )(B) (C)

## CIVIL PENALTIES AND INJUNCTIVE RELIEF

## FOR VIOLATIONS OF THE FAIR CREDIT REPORTING Act

7) Defendants have violated the FCRA as described above, with actual knowledge or knowledge fairly implied on the basis of objective circumstances, as set forth in Section 621(a)(2) of the FCRA, 15 U.S.C. || 1681s(a)(2).

8). Section 621(a)(2) of the FCRA, 15 U.S.C. || 1681s(a)(2), authorizes the Court to award monetary civil penalties of not more then $1000.00 per violation of Section 623(a)(5).There are six violations by defendant in this Complaint.Based on the FTC's interim final rule recalculation, specifically under the Fair Credit Reporting Act, Section 621 (a) (2) (duty to correct and update information) for knowing violations of the Act, the per violation penalty is $ 1000.00 . Defendant was notified of their violatios by consumer as per 623 reinvestigation letter dated 12/04/18. TD CAPITAL LLC. AUTO FINANCE did not respond to the 623 reinvestigation request, see exhibit (c).

9). Each instance in which defendants is in violation of Section 623(a)(5) of the FCRA, 15 U.S.C. || 1681s-2(a)(5) since October 1, 1997, the date that Section 623(a)(5) went into effect, constitutes a separate violation of the FCRA for which plaintiff seeks monetary civil penalties under Section 621 of

3

1681s-2(a)(5) since October 1, 1997, the date that Section 623(a)(5) went into effect, constitutes a separate violation of the FCRA for which plaintiff seeks monetary civil penalties under Section 621 of the FCRA, 15 U.S.C. || 1681s.

10) Defendant in the matter of this credit reporting has shown to be willfully reckless and neglectful. This type of reporting has caused Plaintiff to pay a 36% finance charge for basic transportation/ auto purchase, and credit capacity, having numerous credit refusals and for refinancing of home loan. . Credit reporting such as this has shown to have caused monetary damage and defamation, each punishable by montary civil penalties issued by this Honorable Court. Plaintiff has been denied numerous attempts for financial relief due to Defendant's violations of the FCRA credit reporting.

## **PRAYER FOR RELIEF**

### **DEMAND**

**WHEREFORE**, plaintiff respectfully requests that this Honorable Court, pursuant to this courts own powers;

1. Enter judgment against defendant and in favor of plaintiff for each law violation alleged in this complaint;

2. Award plaintiff monetary civil penalties for each violation of the FCRA as alleged in this complaint

3. Require a tradeline deletion of this account from all credit reporting agencies and dismiss alleged monies due with prejudice.

4. Prohibit the sale of this account to any and all debt collectors or any other 3rd party debt collecting entity with prejudice.

5. Award plaintiff with fines as per FTC, FCRA, and additional relief of $25,000 .00 for mental anguish, embarrassment when trying to pay by check, duress, loss of time, loss of credit reputation, higher interest on loans because of lower credit rating, inability to get unsecured credit cards with higher limits, loss of credit reputation and defamation. May this Honorable Court deem Plaintiff's request just and proper.

Respectfully:

*[signature]*

Leo P Desselle III
12330 Willow Dr.
New Orleans, LA. 70131
(504) 261-5319

5

4/8/2020

TD financial

From: Leo Desselle <ldess12853@aol.com>
To: ldess12853 <ldess12853@aol.com>
Subject: TD financial
Date: Wed, Jan 29, 2020 1:40 pm

**TD AUTO FINANCE**
2777 FRANKLIN RD.
FARMINGTON HILLS, MI-48334
(888) 548-3574

| Account Number: | 110220XXXX | Status: | CHARGE-OFF |
|---|---|---|---|
| Account Owner: | Individual Account. | High Credit: | |
| Type of Account: | Installment | Credit Limit: | |
| Term Duration: | 75 Months | Terms Frequency: | Monthly (due every month) |
| Date Opened: | 07/29/2017 | Balance: | $15,600 |
| Date Reported: | 11/30/2019 | Amount Past Due: | $15,600 |
| Date of Last Payment: | 01/2019 | Actual Payment Amount: | |
| Scheduled Payment Amount: | | Date of Last Activity: | N/A |
| Date Major Delinquency First Reported: | 06/2019 | Months Reviewed: | 28 |
| Creditor Classification: | | Activity Designator: | N/A |
| Charge Off Amount: | $14,833 | Deferred Payment Start Date: | |
| Balloon Payment Amount: | | Balloon Payment Date: | |
| Date Closed: | | Type of Loan: | Auto |
| Date of First Delinquency: | 10/2018 | | |
| Comments: | Charged off account, Fixed rate | | |

**81-Month Payment History**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | R | R | CO | CO | CO | CO | CO | CO | CO | CO | | |
| 2018 | * | * | * | * | * | * | * | * | * | | | |
| 2017 | | | | | | | * | * | * | * | * | * |


| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | R | R | CO | CO | CO | CO | CO | CO | CO | CO | | |
| 2018 | * | * | * | * | * | * | * | * | * | 30 | 60 | 60 |
| 2017 | | | | | | | * | * | * | * | * | * |

**Payment History Key**



EXHIBIT A

4/8/2020

TD experian

**From:** Leo Desselle <ldess12853@aol.com>
**To:** ldess12853 <ldess12853@aol.com>
**Subject:** TD experian
**Date:** Wed, Jan 29, 2020 3:38 pm

## TD AUTO FINANCE

$15,695 Paid, closed 10 charge-offs

### Account Info

Hover over labels for more details

| | | |
|---|---|---|
| Account number | 110220XXXX | Balance Loan Amount |
| Account status | Closed ✓ | $15,695 unavailable |
| Date opened | Jul 1, 2017 | 7/29 |
| Account type | Auto Loan | |

### Payment Info

You've made 92% of your payments on time for this account.

| | | |
|---|---|---|
| Status | Charge-off | |
| Updated on | Mar 1, 2019 | |
| Past due amount | $15,695 | |
| Original loan amount | - | |
| Monthly payment | - | |
| Late payments | Dec 2018<br>Nov 2018<br>Oct 2018 | |

|      | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2019 | N   | N   | N   | N   | N   | N   | N   | N   | N   | N   | N   | N   |
| 2018 |     |     |     |     |     |     |     | 30  | 60  | 60  |     |     |
| 2017 |     |     |     |     |     |     |     |     |     |     |     |     |

On Time     30 Days Late     60 Days Late     N Negative

### Additional info

| | |
|---|---|
| Responsibility | Individual |
| Terms | 75 Months |
| Company sold | - |
| Original creditor | - |

Comments -
Your statements -

### Contact

PO BOX 9223
FARMINGTON HILLS, MI 48333
(800) 955-9096

EXHIBIT B

https://mail.aol.com/webmail-std/en-us/PrintMessage

1/1

4/8/2020 TD experian

From: Leo Desselle <ldess12853@aol.com>
To: ldess12853 <ldess12853@aol.com>
Subject: TD experian
Date: Wed, Jan 29, 2020 3:38 pm

---

## TD AUTO FINANCE

$15,695 Paid, closed 10 charge-offs

### Account Info

Hover over labels for more details

| | | |
|---|---|---|
| Account number | 110220XXXX | Balance Loan Amount |
| Account status | Closed | $15,695 unavailable |
| Date opened | Jul 1, 2017 | |
| Account type | Auto Loan | |

### Payment Info

You've made 92% of your payments on time for this account.

| | | |
|---|---|---|
| Status | Charge-off | |
| Updated on | Mar 1, 2019 | |
| Past due amount | $15,695 | |
| Original loan amount | - | |
| Monthly payment | - | |
| Late payments | Dec 2018<br>Nov 2018<br>Oct 2018 | |

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | N | N | N | N | N | N | N | N | N | N | N | N |
| 2018 | | | | | | | 30 | 60 | 60 | | | |
| 2017 | | | | | | | | | | | | |

On Time    30 Days Late    60 Days Late    N Negative

### Additional info

| | |
|---|---|
| Responsibility | Individual |
| Terms | 75 Months |
| Company sold | - |
| Original creditor | - |

Comments -
Your statements -

EXHIBIT B

### Contact

PO BOX 9223
FARMINGTON HILLS, MI 48333
(800) 955-9096



12/10/2019

To: TD Financial
P. O. Box 98873
Las Vegas, NV-891938873

From:, Leo P Desselle III
12330 Willow Dr.
New Orleans LA. 70131

Att: Credit Dept: Ref # 522844-59

To whom it may concern:

I recently disputed with all three (3) credit reporting agencies the accuracy of reporting on this account, and the results came back either "verified" or "updated". There are several inaccuracies found on the present credit reporting which you seem to ignore, weather this be willful or negligent on your part. As a furnisher of Information, you are inaccurately and incompletely furnishing information regarding the above-referenced account to the Credit Reporting Agencies. You are in violation of the reporting requirements of the FCRA, Section 623, Responsibilities of Furnishers of Information and you are responsible for defamation monetary loss, mental anguish.. I want this information corrected or removed from my account. You are in violation of Federal Statutes and will held accountable for your noncompliance should you disregard this matter. I dispute your information in its entirety and request evidentiary documentation that substantiates the information you have furnished and its reporting. This is not a verification request, this is a complete 623 reinvestigation request of my account. Your willful noncompliance in this matter violates the FCRA. Your actions which you must know are against Federal Law.. For your information, willful noncompliance is a company continuing to report derogatory information to the credit bureaus after a consumer has disputed this information with the CRA's and the results of their investigation comes back as reported. The laws governing the 623 dispute method are plain and simple. Creditors must conduct an investigation when requested under the 623 reinvestigation method. In addition, when investigating, creditors must review the information that is provided relating to that dispute, and they must respond within 30 days to the original investigation request. Information that can't be correctly provided must be deleted. Under the provisions of FCRA §623(a)(8)(E) and 16 CFR §660.4,, you have the duty to review all of the information you have provided to the CRA's. You have 30-days of this Notice of Direct Dispute to report directly back to the CRA'S the results of your reinvestigation of this account.

EXHIBIT
C

Sincerely,

Leo P desselle III