UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LEO P. DESSELLE III, | * | CIVIL ACTION NO. 2:20-cv-01357 |
| | * | |
| Plaintiff, | * | SECTION I |
| | * | |
| v. | * | JUDGE LANCE M. AFRICK |
| | * | |
| TD AUTO FINANCE, | * | MAGISTRATE JUDGE DANA M. DOUGLAS |
| | * | |
| Defendant. | * | |

*********************************************

## DEFENDANT TD AUTO FINANCE LLC'S
## MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant TD Auto Finance LLC ("TDAF"), by its undersigned attorneys, hereby submits its Motion to Dismiss Plaintiff Leo P. Desselle III's ("Plaintiff") Complaint pursuant to Fed. R. Civ. P. 12(b)(6). The grounds to dismiss the action are set forth more fully in the accompanying Memorandum in support of Motion to Dismiss. For the reasons set forth therein, TDAF respectfully requests the Court to dismiss Plaintiff's Complaint with prejudice.

Dated: November 3, 2020

Respectfully submitted,

MCGUIREWOODS LLP

*/s/ Miles O. Indest*
Miles O. Indest
Louisiana State Bar No. 37474
600 Travis, Suite 7500
Houston, Texas 77002
(713) 353-6681 Telephone
(832) 255 6381 Facsimile
mindest@mcguirewoods.com

**ATTORNEYS FOR DEFENDANT
TD AUTO FINANCE LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that in accordance with the Eastern District of Louisiana's electronic filing procedures, this document has been electronically filed. A Notice of Electronic Filing will be sent by the Court to all counsel of record who have consented to email notification and electronic service this 3rd day of November, 2020. In addition, a copy of the preceding document has been sent to Plaintiff via U.S. first class mail.

*/s/ Miles O. Indest*
Miles O. Indest