UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LEO P. DESSELLE, III | CIVIL ACTION |
| VERSUS | No. 20-1357 |
| TD AUTO FINANCE LLC | SECTION I |

## JUDGMENT

On this date, the Court issued an order and reasons granting defendant TD Auto Finance LLC's ("TD") motion to dismiss the claims of plaintiff Leo P. Desselle, III ("Desselle").

Accordingly,

**IT IS ORDERED** that judgment shall be entered in favor of TD and against Desselle. The above-captioned matter is **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, December 18, 2020.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE